IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KARLA KAY GAGEBY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　　Defendant. | CV 20-4-BU-BMM-KLD<br><br>**ORDER** |

　　　　Plaintiff moves for the admission of Karl E. Osterhout to practice before this Court in this case with Hannah Stone to act as local counsel. In light of Mr. Osterhout's amended affidavit, which accurately reflects his applications for pro hac vice admission within the previous two years (Doc. 5), his application appears to be in order.

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Mr. Osterhout pro hac vice is GRANTED on the condition that Mr. Osterhout shall do his own work.  This means that Mr. Osterhout must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF").  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.  Mr. Osterhout may move for

the admission pro hac vice of one (1) associate of his firm.  Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Osterhout.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Osterhout, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 17th day of January, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge