UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

K.K. GAGEBY,

               Plaintiff,

vs.

ANDREW SAUL,

               Defendant.

Case No. CV-20-004-BU-KLD

JUDGMENT IN A CIVIL CASE

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that the Commissioner's decision denying Plaintiff's claims for disability insurance benefits is REVERSED and this matter is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with this opinion.

      Dated this 6th day of April, 2021.

              TYLER P. GILMAN, CLERK

              By: /s/ Annie Puhrmann
              Annie Puhrmann, Deputy Clerk