IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| KARLA GAGEBY,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, Commissioner of<br>Social Security Administration,<br><br>    Defendant. | CV 20-4-BU-KLD<br><br>ORDER |

Based on the parties' joint stipulation (Doc. 37), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of $7,500.00, as authorized by 28 U.S.C. § 2412(d).

It is further ordered that if after receiving the Court's EAJA fee order, the Commissioner determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program the fees will be made payable to Plaintiff's attorney and delivered to 521 Cedar Way, Suite 200, Oakmont, Pennsylvania 15139. However, if there is a debt owed under the Treasury Offset Program the remaining EAJA fees, after offset, will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney at 521

1

Cedar Way, Suite 200, Oakmont, Pennsylvania 15139.

DATED this 24th day of June, 2021

_____
Kathleen L. DeSoto
United States Magistrate Judge